UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

NADRECA REID, : 26-cv-5416 (SHS)

Plaintiff, : ORDER OF DISMISSAL

LIFETECH RESOURCES LLC, :

Defendant. :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Plaintiff having filed a notice of settlement on September 8, 2026 [ECF Doc. No. 10],

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of the date of this Order any party may reinstate this action in writing.

Dated: New York, New York
September 8, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.